UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>PEOPLE OF THE STATE OF ILLINOIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRUBHUB INC., a corporation, and<br><br>GRUBHUB HOLDINGS INC., a corporation,<br><br>    Defendants. | Case No. 1:24-cv-12923<br><br>JOINT MOTION FOR ENTRY OF STIPULATED FINAL ORDER |

**JOINT MOTION FOR ENTRY OF STIPULATED FINAL ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF**

Plaintiffs Federal Trade Commission ("FTC") and People of the State of Illinois, by Kwame Raoul, Illinois Attorney General, and Defendants Grubhub Inc. and Grubhub Holdings Inc., jointly move this Court for entry of a Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated Final Order"). In support of this motion, the parties state as follows:

1. Plaintiffs filed their Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief, alleging that Defendants violated Section 5(a) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45(a), the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8401 *et seq*.; the FTC's Trade Regulation Rule entitled "Impersonation of Government and Businesses" ("Impersonation Rule"), 16 C.F.R. pt. 461, the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505 ("Consumer Fraud Act"), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510.

1

2. Pursuant to Sections 13(b) and 19 of the FTC Act, 15 U.S.C. §§ 53(b) and 57b, and Section 2 of the Consumer Fraud Act, 815 ILCS 505, the parties request entry of a Stipulated Final Order, which was reached through settlement negotiations between the parties and would fully resolve the case. Pursuant to the Court's Individual Rules, a copy of the Stipulated Order will be emailed to the Court.

3. The Stipulated Final Order has been signed by Defendants and their counsel. The Stipulated Final Order also has been approved by the FTC and the State of Illinois and signed by counsel.

Dated: December 17, 2024                         Respectfully submitted,

**FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

/s/ Claire Stewart
CLAIRE E. W. STEWART
LISA W. BOHL
KATHARINE ROLLER
Federal Trade Commission
Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5634 [telephone]
(312) 960-5600 [facsimile]
cstewart@ftc.gov
lbohl1@ftc.gov
kroller@ftc.gov

**FOR PLAINTIFF PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

/s/ Greg Grzeskiewicz
GREG GRZESKIEWICZ
THOMAS P. JAMES
WILTON A. PERSON
WILLIAM S. WINGO

Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, Illinois 60603
Greg.Grzeskiewicz@ilag.gov [email, Grzeskiewicz]
Thomas.James@ilag.gov [email, James]
Wilton.Person@ilag.gov [email, Person]
William.Wingo@ilag.gov [email, Wingo]
(312) 814-2218 [phone, Grzeskiewicz]
(773) 590-7944 [phone, James]
(224) 252-6458 [phone, Person]
(773) 758-4569 [phone, Wingo]

**FOR DEFENDANTS GRUBHUB INC. AND GRUBHUB HOLDINGS, INC.**

/s/ Benjamin Mundel
MARK D. HOPSON
BENJAMIN M. MUNDEL
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 [telephone]
(202) 736-8711 [facsimile]
mhopson@sidley.com
bmundel@sidley.com
COUNSEL for Grubhub Inc. and Grubhub Holdings, Inc.